# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZELGOR, INC., <br>        Plaintiff, <br> v. <br> SUN PHARMACEUTICAL INDUSTRIES LIMITED, <br>        Defendant. | Civil Action No. |

## COMPLAINT AND JURY DEMAND

Plaintiff, Zelgor, Inc., ("ZI"), seeks preliminary and permanent injunctive relief and damages for trademark infringement, trademark dilution and other wrongful acts of Sun Pharmaceutical Industries Limited ("Sun Pharma"), all in violation of the laws of the United States and the Commonwealth of Massachusetts. For its complaint against Sun Pharma, ZI alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 because ZI's claims arise under the trademark laws of the United States.

2.      This Court has jurisdiction under 28 U.S.C. § 1367 over the state law and common law claims, which arise from or are substantially related to the same acts giving rise to the federal claims.

3.      This Court has personal jurisdiction over Sun Pharma pursuant to Massachusetts General Laws c. 223A § 3 because Sun Pharma does business in the Commonwealth of Massachusetts and the claims arise from Sun Pharma's unlawful acts in the Commonwealth.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Sun Pharma is subject to jurisdiction in this district and/or a substantial part of the events giving rise to the claims herein occurred in this district.

## THE PARTIES

5.      ZI is a Delaware company incorporated in 2011, having a principal place of business in Hull, Massachusetts.  ZI has been doing business in the Commonwealth continuously since 2003.

6.      On information and belief, Sun Pharma is a company organized and existing under the laws of India, having its principal place of business in Mumbai.

7.      On information and belief, Sun Pharma makes, markets or sells generic pharmaceutical products, and vitamins, in the U.S., including in this judicial district, through its agents, affiliated entities and subsidiaries.

8.      On information and belief, Sun Pharma is the fifth largest generic drug company in the U.S.; earned revenues of over $2 billion in 2014 from sales in the U.S.; and has eight manufacturing facilities located in the U.S.

## FACTUAL BACKGROUND

9.      ZI is in the business of marketing products through its custom-built multiplayer online game, named Zelgor. Zelgor is set against real-world geographical data, which allows ZI's advertising partners to drive customers to their establishments based on Zelgor users' physical location.  "Zelgor" is a name that ZI's founder and CEO invented.

10.     ZI's customers receive prizes for clicking on advertisements or reaching certain milestones within the Zelgor game.  Among the prizes that ZI has been sending to customers in the U.S. since 2012 are ZELGOR-branded vitamins and candies.

11. ZI has been using the ZELGOR mark in the U.S. in connection with computer game software since 2011.

12. ZI holds United States trademark registration No. 4,372,429 for ZELGOR for use in connection with computer game software.

13. ZI's application No. 87,183,513 for federal registration of ZELGOR for use in connection with vitamins and candy is pending before the United States Patent and Trademark Office

14. On information and belief, Sun Pharma has developed, marketed, advertised and/or sold in the U.S. an anti-cancer drug, abiraterone acetate, under the name Zelgor.

15. The Zelgor drug is available by prescription at major retail pharmacies located within the Commonwealth, elsewhere in the United States, and on the Internet. On information and belief, this has been the case only since 2016.

16. Upon information and belief, Sun Pharma has promoted its Zelgor drug in Massachusetts via advertisements and its website.

17. On the World Wide Web, references to Sun Pharma's Zelgor drug vastly outnumber references to ZI's Zelgor game or brand.

18. ZI has not consented to or authorized Sun Pharma's use of its ZELGOR mark.

19. Sun Pharma has infringed the ZELGOR mark, through at least the following acts: (a) adopting the ZELGOR mark, which is confusingly similar to ZI's ZELGOR mark; and (b) distributing promotional material, including via its website, that is confusingly similar to ZI's ZELGOR mark.

## COUNT I

### Federal Trademark Infringement

20. ZI incorporates by reference paragraphs 1-19.

21. Sun Pharma's use of the ZELGOR mark is likely to cause confusion, mistake or deception as to the source of Sun Pharma's or ZI's products. Sun Pharma's use of the ZELGOR mark is likely to cause purchasers and others to mistakenly believe that Sun Pharma's products are legitimately connected with, sponsored by, or approved by ZI, or that ZI's products and services are connected with, or sponsored by Sun Pharma.

22. Sun Pharma's use of the ZELGOR mark on its products violates ZI's exclusive rights in its ZELGOR mark and constitutes trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

23. Sun Pharma's actions have been willful, wanton, and in deliberate disregard of the ZELGOR mark.

24. Sun Pharma's use of the ZELGOR mark on its products is greatly and irreparably damaging ZI and will continue to do so unless restrained by this Court. ZI is without an adequate remedy at law.

25. Sun Pharma's actions have damaged ZI in an amount as yet undetermined.

## COUNT II

### Federal Unfair Competition
### (15 U.S.C. §1125)

26. ZI incorporates by reference paragraphs 1- 25.

27. Sun Pharma is using the mark ZELGOR in connection with the sale, offer for sale, and advertising and marketing, of a cancer drug in commerce, without authorization from ZI.

28. Sun Pharma's unlawful acts are likely to cause confusion, mistake, or deception as to affiliation, connection, or association, of Sun Pharma and its products with ZI and its products, and are likely to cause confusion, mistake, or deception regarding the origin of Sun Pharma's products and their sponsorship or approval by ZI.

29. Sun Pharma has engaged in unlawful acts that constitute unfair competition and false designation of origin in violation of §43(a) of the Lanham Act, codified at 15 U.S.C. 1125(a).

30. Sun Pharma's unlawful acts will result in harm to ZI's reputation and its goodwill in the mark ZELGOR in the marketplace. Sun Pharma's conduct has been willful, reckless, and in disregard for ZI's valuable trademark rights. By reason of the foregoing, ZI has suffered monetary damages and loss of goodwill.

31. Sun Pharma's acts are causing irreparable injury to ZI, for which there is no adequate remedy at law, and will continue to do so unless Sun Pharma's use of the mark ZELGOR is immediately enjoined by this Court.

32. As a result of Sun Pharma's acts described herein, ZI is entitled to damages in an amount to be proven at trial.

33. By reason of the foregoing, ZI has been damaged and is suffering, and will continue to suffer, irreparable harm, and is entitled to immediate injunctive relief and damages.

## COUNT III

### Trademark Infringement under Massachusetts Common Law

34. ZI incorporates by reference paragraphs 1-33.

35. Sun Pharma is engaged in trade and commerce in the Commonwealth of Massachusetts.

36. Sun Pharma's actions as described above regarding the ZELGOR mark constitutes trademark infringement in violation of Massachusetts common law.

37. Sun Pharma's use of the mark ZELGOR has caused and is causing irreparable injury to ZI, for which ZI has no adequate remedy at law, and will continue to do so unless Sun Pharma is enjoined by this Court.

38. Sun Pharma's actions have been willful, wanton, and in deliberate disregard of ZI's rights in the ZELGOR mark.

39. By reason of the foregoing, ZI has suffered and will continue to suffer monetary damages and loss of good will.

## COUNT IV

### Trademark Dilution under M.G.L. c. 110H

40. ZI incorporates by reference paragraphs 1-39.

41. Sun Pharma's actions are likely to dilute the distinctive quality of the ZELGOR mark and otherwise cause injury to ZI's business reputation.

42. Sun Pharma's actions began long after the ZELGOR mark became distinctive, and constitutes trademark dilution in violation of M.G.L. c. 110H § 13.

43. Sun Pharma's use of the ZELGOR mark has caused and is causing irreparable injury to ZI, for which ZI has no adequate remedy at law, and will continue to do so unless Sun Pharma is enjoined by this Court.

44. Sun Pharma's actions have been willful, wanton, and in deliberate disregard of the ZELGOR mark.

45. By reason of the foregoing, ZI has suffered and will continue to suffer monetary damages and loss of good will.

## JURY DEMAND

ZI demands a trial by jury on all causes of action, claims and defenses.

## PRAYER FOR RELIEF

WHEREFORE, ZI respectfully requests that the Court enter an order against Sun Pharma as follows:

1. Preliminarily and permanently restraining and enjoining Sun Pharma, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice thereof, jointly and severally, from:

   a. Using the ZELGOR mark on any of its products, or continuing to advertise and market its abiraterone acetate anti-cancer drug under the name Zelgor;

   b. Representing by any means whatsoever, directly or indirectly, that any products sold by Sun Pharma are associated with, sponsored by, and/or connected or affiliated with ZI, or from otherwise taking any action likely to cause confusion, mistake or deception on the part of purchaser as to the origin or sponsorship of Sun Pharma's products or services;

   c. Using any words, names, styles, designs, titles, or marks that create a likelihood of injury to the business reputation of ZI; and

   d. Causing, engaging in or permitting others to do any of the aforesaid acts;

2. Further order, in support of both a preliminary and permanent injunction, that Sun Pharma:

   a. Remove any reference to the name "Zelgor" from its website and/or the website of any predecessors or successors, past and present parent companies, subsidiaries, affiliates, and divisions.

    b. Notify third-party advertisers, sellers and distributors that continued use of the "Zelgor" name in relation to its abiraterone acetate anti-cancer drug is prohibited, and instruct said third parties to remove any reference to "Zelgor" from their websites and other promotional material.

3. Directing Sun Pharma to file with the Court and serve on counsel for ZI within thirty days after entry of any preliminary or permanent injunction issued by the Court in this action, a sworn written statement as provided in 15 U.S.C. § 1116 setting forth in detail the manner and form in which Sun Pharma has complied with the injunction;

4. Directing that Sun Pharma pay ZI such damages as ZI has sustained as a consequence of Sun Pharma's wrongful acts companied of herein;

5. Awarding ZI on its state law claims, compensatory damages in an amount to be determined at trial;

6. Awarding ZI multiple damages in such amount as may be determined at trial; and

7. Granting ZI such other and further relief as the Court may deem just and proper.

Dated: January 6, 2017                    Respectfully submitted,

                                             ZELGOR Inc.,
                                             By its attorneys,

                                             /s/ *Jonathan R. DeBlois*
                                             Kerry L. Timbers (BBO # 552293)
                                             Joel R. Leeman (BBO # 292070)
                                             Jonathan R. DeBlois (BBO # 684320)
                                             SUNSTEIN KANN MURPHY & TIMBERS LLP
                                             125 Summer Street
                                             Boston, MA 02110-1618
                                             (617) 443-9292
                                             jdeblois@sunsteinlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that this document will be served on the registered agent of defendant along with service of the motion by hand delivery.

                                                      /s/ *Jonathan R. DeBlois*

                                                      Jonathan R. DeBlois

2591224.2